IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| A'ANDRE DAVID ALLEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Deputy WHITAKER, *et al.*,<br><br>　　　　Defendants. | :<br>:<br>:<br>:　Case No. 4:23-cv-00171-CDL-MSH<br>:<br>:<br>:<br>:<br>:<br>: |

## DISMISSAL ORDER

*Pro se* Plaintiff A'andre David Allen, an inmate at the Wheeler Correctional Facility in Alamo, Georgia, filed a 42 U.S.C. § 1983 action. ECF No. 1. Plaintiff also filed a motion to proceed *in forma pauperis*. ECF No. 3. On October 18, 2023, Plaintiff's motion to proceed *in forma pauperis* was denied due to Plaintiff's ability to pay the full filing fee and he was ordered to pay the fee within fourteen (14) days. ECF No. 7. Plaintiff was cautioned that failure to comply with an order of the Court can result in the dismissal of his complaint. *Id*. at 14. On November 13, 2023, Plaintiff requested an extension of time to pay the fee (ECF No. 8) and he was granted an additional fourteen days to pay (ECF No. 10). Plaintiff was reminded that should he fail to comply with a Court order or otherwise pay the filing fee, this action may be dismissed. *Id*. at 2. Plaintiff failed to respond to the Court's order to pay the fee in the time prescribed. Therefore, on December 4, 2023, the Court notified Plaintiff that it had not received a response and ordered him to show cause why his action should not be dismissed for failure to obey an order of the Court. ECF No. 12. Plaintiff was given fourteen (14) days to

answer or otherwise pay the fee. *Id.* On December 18, 2023, Plaintiff filed a response to the order to show cause. ECF No. 13. In his response, Plaintiff stated that a relative "confesses to sending the payment of $402.00" and that he is "awaiting the receipt mailed December 11, 2023 for proof". *Id.* However, despite Plaintiff's contention, the filing fee was not paid to this Court nor did the Court receive any type of receipt from the Plaintiff as proof of payment. At that time, Plaintiff's action could have rightfully been dismissed for failure to obey an order of the Court. Instead, on December 27, 2023, the Court graciously provided Plaintiff with another fourteen days to satisfy the filing fee and comply with this Court's orders. ECF No. 14. Plaintiff was advised that this would be his last opportunity to pay the fee as ordered and that this action would be dismissed if he failed to do so. *Id*. at 2. Four weeks have elapsed since the Court's last order and Plaintiff has failed to respond nor has he paid the filing fee as instructed.

Because Plaintiff has failed to comply with the Court's orders or otherwise prosecute his case, his complaint is **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED,** this 25th day of January, 2024.

S/Clay D. Land
CLAY D. LAND, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA